# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **ROSALIE LANCASTER,** )<br>)<br>   **PLAINTIFF** )<br>)<br>v. )<br>)<br>**CAROLYN W. COLVIN,** ACTING )<br>COMMISSIONER, SOCIAL SECURITY )<br>ADMINISTRATION, )<br>)<br>   **DEFENDANT** ) | CIVIL NO. 1:14-CV-283-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On June 28, 2015, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on July 15, 2015, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

DATED THIS 16TH DAY OF JULY, 2015

               /S/ D. BROCK HORNBY
               **D. BROCK HORNBY**
               **UNITED STATES DISTRICT JUDGE**